

**U. S. Department of Justice**
Drug Enforcement Administration
Office of Operations Management
Washington, D.C.

| ASSET ID NUMBER | CASE NUMBER | SEIZURE DATE | PROPERTY DESCRIPTION |
|---|---|---|---|
| 18-DEA-640825 | IA-18-0042 | March 27, 2018 | $8,532.00 U.S. Currency |

## CERTIFICATION

I, Douglas A. Kash, hereby certify that I am the Acting Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

I affirm that, in the course of my official duties as Acting Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

I declare that material related to the property captioned above as $8,532.00 U.S. Currency is contained in the files of my office.

On March 27, 2018, at the request of DEA Special Agents, Troopers from the Kentucky State Police seized the currency from Travis Michael Johnson in Mortons Gap, Kentucky.

Pursuant to 18 U.S.C. § 983(a)(1)(A), the DEA was required to send written notice of this seizure to interested parties by May 26, 2018.

-2-

| ASSET ID NUMBER | CASE NUMBER | SEIZURE DATE | PROPERTY DESCRIPTION |
|---|---|---|---|
| 18-DEA-640825 | IA-18-0042 | March 27, 2018 | $8,532.00 U.S. Currency |

However, on May 21, 2018, in his capacity as Acting Forfeiture Counsel in DEA's Headquarters, Lawrence A. D'Orazio granted a thirty (30) day extension of time to provide notice of this seizure which extended the time period until June 25, 2018.

I certify that pursuant to 18 U.S.C. § 983(a)(1)(C) I have reviewed the facts and circumstances surrounding this seizure, and that it is my belief that one or more of the conditions set forth in 18 U.S.C. § 983(a)(1)(D)(i)-(v), which justify an extension of the period for sending written notice of the seizure, are present.

This Certification is being submitted for a limited purpose, therefore, I am not including in this Certification all of the facts and information which I have learned about or obtained during the course of this investigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this __12TH__ day of June 2018 at Arlington, Virginia.

_____
Douglas A. Kash
Acting Forfeiture Counsel



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Operations Management
Washington, D.C.

| ASSET ID NUMBER | CASE NUMBER | SEIZURE DATE | PROPERTY DESCRIPTION |
|---|---|---|---|
| 18-DEA-640826 | IA-18-0042 | March 27, 2018 | $9,125.00 U.S. Currency |

## CERTIFICATION

I, Douglas A. Kash, hereby certify that I am the Acting Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

I affirm that, in the course of my official duties as Acting Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

I declare that material related to the property captioned above as $9,125.00 U.S. Currency is contained in the files of my office.

On March 27, 2018, at the request of DEA Special Agents, Troopers from the Kentucky State Police seized the currency from Nicholas A. Grayson in Mortons Gap, Kentucky.

Pursuant to 18 U.S.C. § 983(a)(1)(A), the DEA was required to send written notice of this seizure to interested parties by May 26, 2018.

-2-

| ASSET ID NUMBER | CASE NUMBER | SEIZURE DATE | PROPERTY DESCRIPTION |
|---|---|---|---|
| 18-DEA-640826 | IA-18-0042 | March 27, 2018 | $9,125.00 U.S. Currency |

However, on May 21, 2018, in his capacity as Acting Forfeiture Counsel in DEA's Headquarters, Lawrence A. D'Orazio granted a thirty (30) day extension of time to provide notice of this seizure which extended the time period until June 25, 2018.

I certify that pursuant to 18 U.S.C. § 983(a)(1)(C) I have reviewed the facts and circumstances surrounding this seizure, and that it is my belief that one or more of the conditions set forth in 18 U.S.C. § 983(a)(1)(D)(i)-(v), which justify an extension of the period for sending written notice of the seizure, are present.

This Certification is being submitted for a limited purpose, therefore, I am not including in this Certification all of the facts and information which I have learned about or obtained during the course of this investigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this __12TH__ day of June 2018 at Arlington, Virginia.

Douglas A. Kash
Acting Forfeiture Counsel



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Operations Management
Washington, D.C.

| ASSET ID NUMBER | CASE NUMBER | SEIZURE DATE | PROPERTY DESCRIPTION |
|---|---|---|---|
| 18-DEA-640827 | IA-18-0042 | March 27, 2018 | $18,660.00 U.S. Currency |

## CERTIFICATION

I, Douglas A. Kash, hereby certify that I am the Acting Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

I affirm that, in the course of my official duties as Acting Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

I declare that material related to the property captioned above as $18,660.00 U.S. Currency is contained in the files of my office.

On March 27, 2018, at the request of DEA Special Agents, Troopers from the Kentucky State Police seized the currency from Rami Bassam Jawabreh in Mortons Gap, Kentucky.

Pursuant to 18 U.S.C. § 983(a)(1)(A), the DEA was required to send written notice of this seizure to interested parties by May 26, 2018.

-2-

| ASSET ID NUMBER | CASE NUMBER | SEIZURE DATE | PROPERTY DESCRIPTION |
|---|---|---|---|
| 18-DEA-640827 | IA-18-0042 | March 27, 2018 | $18,660.00 U.S. Currency |

However, on May 21, 2018, in his capacity as Acting Forfeiture Counsel in DEA's Headquarters, Lawrence A. D'Orazio granted a thirty (30) day extension of time to provide notice of this seizure which extended the time period until June 25, 2018.

I certify that pursuant to 18 U.S.C. § 983(a)(1)(C) I have reviewed the facts and circumstances surrounding this seizure, and that it is my belief that one or more of the conditions set forth in 18 U.S.C. § 983(a)(1)(D)(i)-(v), which justify an extension of the period for sending written notice of the seizure, are present.

This Certification is being submitted for a limited purpose, therefore, I am not including in this Certification all of the facts and information which I have learned about or obtained during the course of this investigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 12TH day of June 2018 at Arlington, Virginia.

Douglas A. Kash
Acting Forfeiture Counsel

## DECLARATION OF SPECIAL AGENT KERRY WHITE

I, Kerry White, am a Special Agent with the Drug Enforcement Administration (DEA) currently assigned to the Louisville Field Division, Madisonville, Kentucky Post of Duty (POD).

This Declaration is submitted in support of the United States Ex Parte Motion for a court ordered extension for a 30-day notice period. The facts pertaining to this investigation are based on my own personal knowledge and information received from other individuals and enforcement personnel which I believe to be true.

1. Since October 2017, the Evansville, Indiana Resident Office (ERO) of the DEA has been investigating the drug trafficking activities of Justin HELSLEY. HELSLEY is responsible for distributing quantities of methamphetamine, Schedule II narcotics (Oxycodone), fentanyl based imitation pills and marijuana in the Evansville, Indiana area which is within the Southern District of Indiana. It is believed that HELSLEY is obtaining his methamphetamine from and individual located in the Los Angeles, California area as well as the Atlanta, Georgia area.

2. On March 27, 2018, ERO personnel received information from a reliable confidential source advising that HELSLEY and Nicholas GRAYSON would be traveling to Atlanta, Georgia with a large amount of U.S. currency that was proceeds of controlled substance sales the HELSLEY DTO had acquired. Based on the confidential sources information, investigators established physical surveillance on HELSLEY and observed HELSLEY leave an apartment and enter a black Dodge Caliber, followed by another subject operating a Lincoln MKZ. Surveillance units observed GRAYSON and another male exit the apartment and enter a gray Chevrolet Equinox. The ERO surveillance units followed all three vehicles as they traveled South, into Kentucky. ERO personnel contacted the Kentucky State Police (KSP) for assistance.

3. KSP Troopers subsequently conducted traffic stops on the Chevrolet Equinox and Lincoln MKZ. Troopers identified the occupants of the Chevrolet Equinox as GRAYSON and Travis Johnson and the occupant of the Lincoln MKZ as Rami JAWABREH. Searches were conducted on both vehicles and U.S. currency was seized from the two vehicles. Asset ID 18-DEA-640825 ($8,532.00) was seized from JOHNSON, Asset ID 18-DEA-640826 ($9,125.00) was seized from GRAYSON and Asset ID 18-DEA-640827 ($18,660.00) was seized from JAWABREH.

4. Since the seizure, the ERO has continued its monitoring of HELSLEY with electronic and physical surveillance. Through the course of the ERO's investigation, it was learned that on June 3, 2018, HELSLEY left town and travelled to Atlanta, Georgia and then on to Los Angeles, California to procure narcotics. It is believed, that the narcotics are usually shipped back to Indiana as freight.

5. The ERO is requesting further delayed notification of the claimants who are currently being investigated in this case. It is anticipated that this case will be coming to an end in the near future and at the investigations conclusion, it will lead to multiple search warrants and arrests.

Executed on June 20, 2018.

Kerry White, Special Agent

Drug Enforcement Administration