**FILED**
Vanessa L Armstrong, Clerk
Jan 23 2020
U.S. District Court
Western District of Kentucky

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

IN RE:

**UNITED STATES CURRENCY SEIZED**  
**ASSET ID. 18-DEA-640825, 18-DEA-640826**  
**AND 18-DEA-640827**

No: 3:18-MC-16-DJH  
*Filed under Seal*

### UNITED STATES' RESPONSE TO COURT'S ORDER

The United States, by counsel Amy Sullivan, in response to the Court's order dated January 10, 2020, hereby moves this Court to unseal the Notice Extending Deadline and Certifications in the above-styled case. Counsel confirmed with the agency that disclosure at this date would not unduly hinder or compromise any ongoing criminal investigation, as notice has been served and the assets were administratively forfeited on November 30, 2018.

Respectfully submitted,

RUSSEL M. COLEMAN  
United States Attorney

Amy M. Sullivan  
Assistant US Attorney

DATED 01/17/2020